# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WAYNE CHRISTENSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-CV-01704-DMC<br><br>ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 11, 2024, up to and including November 13, 2024.  This is Defendant's first request for an extension.

Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 17, 2024 | /s/ *Matthew F. Holmberg*\* <br> (\*as authorized via e-mail on October 17, 2024) <br> MATTHEW F. HOLMBERG <br> Attorney for Plaintiff |
| Dated: October 17, 2024 | PHILLIP A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Social Security Administration |
| By: | /s/ *Erin Jurrens* <br> ERIN JURRENS <br> Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 13, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  October 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE