Matthew F. Holmberg
Attorney at Law: 321167
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Matthew Wayne Christensen

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| MATTHEW WAYNE CHRISTENSEN, | ) | Case No.: 2:24-cv-01704-DMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920; DECLARATION OF Matthew F. Holmberg |
| vs. | ) | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

TO THE HONORABLE DENNIS M. COTA, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Matthew Wayne Christensen ("Christensen") be awarded attorney fees and expenses in the amount of five thousand four hundred thirty six dollars and thirty three cents ($5,436.33) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Christensen, the government will consider the matter of Christensen's assignment of EAJA fees to Matthew F. Holmberg. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Christensen, but if the Department of the Treasury determines that Christensen does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Christensen.[1] Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Christensen's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Christensen and/or Matthew F. Holmberg including Law Offices of Lawrence D.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Matthew F. Holmberg and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 30, 2025     Respectfully submitted,

          LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

          /s/ *Matthew F. Holmberg*[2]
BY: _____
          Matthew F. Holmberg
          Attorney for plaintiff Matthew Wayne Christensen

DATED: May 30, 2025     MICHELE BECKWITH
          Acting United States Attorney
          MATHEW W. PILE
          Associate General Counsel
          Social Security Administration

          /s/ *Erin Jurrens*

          _____
          ERIN JURRENS
          Special Assistant United States Attorney
          Attorneys for Defendant
          FRANK BISIGNANO, Commissioner of Social
          Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Approved and so ordered. Matthew Wayne Christensen is awarded attorney fees and expenses in the amount of five thousand four hundred thirty-six dollars and thirty three cents dollars ($5,436.33) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 pursuant to the terms of the stipulation.

Dated:  June 2, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

-4-

**DECLARATION OF MATTHEW F. HOLMBERG**

I, Matthew F. Holmberg, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Matthew Wayne Christensen in this action. I make this declaration of my own knowledge and belief.
2. I attach as exhibit 1 a true and correct copy of the itemization of time in this matter.
3. I attach as exhibit 2 a true and correct copy of the retainer agreement with Matthew Wayne Christensen containing an assignment of the EAJA fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this May 30, 2025, at Santa Fe Springs, California.

/s/ *Matthew F. Holmberg*
_____
Matthew F. Holmberg

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of May 30, 2025, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Matthew Wayne Christensen
6056 Rutland Dr., Bldg 1, Unit 1
Carmichael, CA 95608

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Matthew F. Holmberg             /S/ *Matthew F. Holmberg*
TYPE OR PRINT NAME                 SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-01704-DMC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 30, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Matthew F. Holmberg*

_____

Matthew F. Holmberg
Attorneys for Plaintiff